1  Marni Rubin-Watkins, Esq.
   Nevada Bar No. 9674
2  FIDELITY NATIONAL LAW GROUP
   3980 Howard Hughes Parkway, Suite 230
3  Las Vegas, Nevada 89169
   Telephone: (702) 667-3000
4  Fax: (702) 697-2020
   Email: Marni.Watkins@fnf.com
5  Attorneys for *Federal Home Loan Mortgage Corporation*

6

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MILLIE ESPOSITO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MARIE HEILBERG, an individual, PATRICIA ANN BASCOM, an individual, LAWYERS TITLE OF NEVADA, INC., a Nevada corporation, PAULA L. DIFULVIO, an individual, NATIONAL ALLIANCE TITLE COMPANY, a Nevada corporation, TAYLOR, BEAN AND WHITAKER, a Nevada corporation, SUNTRUST MORTGAGE, INC., a Nevada corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a governmental or business entity, from unknown, DOE individuals I-X, inclusive; ROE business entities XI-XX, inclusive, <br><br> Defendants. | Case No. 2:11-cv-00958-PMP-RJJ |

## SUBSTITUTION OF ATTORNEY

FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendants FEDERAL HOME LOAN MORTGAGE CORPORATION in the above-entitled action, in place and stead of MALCOLM CISNEROS.

DATED this 15 day of July, 2011.         FEDERAL HOME LOAN MORTGAGE CORPORATION

                                          _____

|   |   |   |
|---|---|---|
| 1 | MALCOLM CISNEROS hereby consents to the above and foregoing substitution of |
| 2 | FIDELITY NATIONAL LAW GROUP in its place and stead as attorney of record for |
| 3 | Defendants FEDERAL HOME LOAN MORTGAGE CORPORATION in the above-entitled |
| 4 | action. |

DATED this 19th day of July, 2011.		MALCOLM CISNEROS

_____
Cindy Lee Stock, Esq.
Rebecca R. Kern, Esq.
608 South 8th Street
Las Vegas, Nevada 89101

FIDELITY NATIONAL LAW GROUP hereby accepts and consents to its substitution as attorneys of record for Defendants FEDERAL HOME LOAN MORTGAGE CORPORATION in its place and stead as attorney of record for MALCOLM CISNEROS in the above-entitled action.

DATED this 21st day of July, 2011.		FIDELITY NATIONAL LAW GROUP

_____
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Attorneys for Lawyer's Title of Nevada

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JULY 26, 2011