UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILLIE ESPOSITO, an individual <br><br> Plaintiff, <br><br> vs. <br><br> MARIE HEILBERG, an individual, PATRICIA ANN BASCOM, an individual, LAWYERS TITLE OF NEVADA, INC., a Nevada corporation, PAUL L. DIFULVIO, an individual, NATIONAL ALLIANCE TITLE COMPANY, a Nevada corporation, TAYLOR, BEAN AND WHITAKER, a Nevada corporation, SUNTRUST MORTGAGE, INC., a Nevada corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a governmental or business entity, from unknown, <br><br> Defendant. | 2:11-CV-00958-PMP-CWH <br><br> **ORDER** |

Having read and considered Defendant Federal Home Loan Mortgage Corporation's fully briefed Motion to Dismiss Plaintiff's Third Claim for Relief Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #17) the Court finds Plaintiff's Third Claim for Relief for Negligence is barred by the economic loss doctrine for reasons set forth in Defendant's Motion (Doc. #17) and Reply memorandum (Doc. #23).

///

1   **IT IS THEREFORE ORDERED that** Defendant Federal Home Loan Mortgage Corporation's Motion to Dismiss Plaintiff's Third Claim for Relief Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #17) is **GRANTED**, and Plaintiff's Third Claim for Relief for Negligence is hereby **DISMISSED**.

DATED: September 12, 2011.

_/s/ Philip M. Pro_
PHILIP M. PRO
United States District Judge