UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILLIE ESPOSITO, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIE HEILBERG, an individual, )<br>PATRICIA ANN BASCOM, an )<br>individual, LAWYERS TITLE OF )<br>NEVADA, INC., a Nevada corporation, )<br>PAUL L. DIFULVIO, an individual, )<br>NATIONAL ALLIANCE TITLE )<br>COMPANY, a Nevada corporation, )<br>TAYLOR, BEAN AND WHITAKER, )<br>a Nevada corporation, SUNTRUST )<br>MORTGAGE, INC., a Nevada )<br>corporation, FEDERAL HOME LOAN )<br>MORTGAGE CORPORATION, a )<br>governmental or business entity, from )<br>unknown, )<br>)<br>Defendants. )<br>_____) | 2:11-CV-00958-PMP-CWH<br><br>**<u>ORDER</u>** |

Before the Court for consideration is Defendant SunTrust Mortgage, Inc.'s Motion to Dismiss originally filed in State District Court and served upon Plaintiff Millie Esposito on May 31, 2011. Plaintiff having filed no opposition thereto and Defendant SunTrust Mortgage, Inc., having filed a Notice of Non-Opposition (Doc. #15), and it appearing from the record before the Court that Plaintiff has taken no position on Defendant SunTrust's Motion, and good cause appearing,

1 **IT IS ORDERED that** Defendant SunTrust Mortgage, Inc.'s Motion to
2 Dismiss which was removed to this Court on June 10, 2011, is **GRANTED** and that
3 Defendant SunTrust Mortgage, Inc., is hereby **DISMISSED** as a party Defendant in
4 this case.

6 DATED: September 28, 2011.

*/s/ Philip M. Pro*
PHILIP M. PRO
United States District Judge

2