**NDWP**
Elizabeth S. Ashley, Esq.
Nevada Bar No. 7501
Alison L. Coombs, Esq.
Nevada Bar No. 12351
**ASHLEY LAW GROUP**
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
(702) 837-6605
Attorneys for Plaintiff
Millie Esposito

# UNITED STATES DISTRICT

## DISTRICT OF NEVADA

| | |
|---|---|
| MILLIE ESPOSITO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE HEILBERG, an individual, PATRICIA ANN BASCOM, an individual, LAWYERS TITLE OF NEVADA, INC., a Nevada corporation, PAULA L. DIFULVIO, an individual, NATIONAL ALLIANCE TITLE COMPANY, a Nevada Corporation, TAYLOR, BEAN AND WHITAKER, a Nevada Corporation, SUNTRUST MORTGAGE, INC., a Nevada Corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a governmental or business entity, from unknown, DOE individuals I-X, inclusive; ROE business entitles XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-00958-PMP-CWH<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NATIONAL ALLIANCE TITLE COMPANY** |

COMES NOW Plaintiff Millie Esposito, by and through her counsel of record, Elizabeth S. Ashley, Esq., of the Ashley Law Group, and pursuant to FRCP 41(a)(1)(i), and based upon the fact that no answer nor motion for summary judgment has been filed or served by Defendant,

///

///

///

1  National Alliance Title Company in this matter, the above-entitled matter is hereby dismissed,
2  without prejudice, as to Defendant, National Alliance Title Company, ONLY.
3      DATED this ___ day of December, 2011.

Respectfully submitted,

ASHLEY LAW GROUP

By: _____
Elizabeth S. Ashley, Esq.
Nevada Bar No. 7501
Alison L. Coombs, Esq.
Nevada Bar No. 12351
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
(702) 837-6605
Attorneys for Plaintiff
Millie Esposito

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: December 9, 2011.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of December, 2011, I served a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NATIONAL ALLIANCE TITLE COMPANY** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail as follows:

Marni Rubin-Watkins, Esq.
Fidelity National Law Group
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Attorneys for Federal Home Loan Mortgage Corporation

_____
An Employee of the
**ASHLEY LAW GROUP**