UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MILLIE ESPOSITO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIE HEILBERG; PATRICIA ANN BASCOM; LAWYERS TITLE OF NEVADA, INC.; PAULA L. DIFULVO; NATIONAL ALLIANCE TITLE COMPANY; TAYLOR, BEAN AND WHITAKER; SUNTRUST MORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　Defendants. | 2:11-CV-00958-PMP-RJJ<br><br>JUDGMENT AND<br>PERMANENT INJUNCTION |

　　　　Judgment is hereby entered in favor of Plaintiff Millie Esposito and against Defendant Federal Home Loan Mortgage Corporation on Plaintiff Millie Esposito's declaratory relief claim as follows:

　　　　IT IS HEREBY DECLARED that the two forged deeds of trust[1] relating to the property at 817 Yacht Harbor Drive in Las Vegas, Nevada are hereby declared void ab initio, and Defendant Federal Home Loan Mortgage Corporation does not own the subject property as a holder in due course or a good faith purchaser without notice. Consequently, Defendant Federal Home Loan Mortgage Corporation cannot enforce the forged deeds of

---

[1] The first deed of trust was recorded on August 31, 2007 and relates to a loan from Suntrust Mortgage, Inc. (Joint Status Report (Doc. #14), Ex. F, Attach. 1.) The second deed of trust was recorded on February 1, 2008 and relates to a loan from Taylor, Bean and Whitaker Mortgage Group. (Joint Status Report (Doc. #14), Ex. F, Attach. 2.)

trust against Plaintiff Millie Esposito.

       IT IS FURTHER ORDERED that Defendant Federal Home Loan Mortgage Corporation is hereby permanently enjoined from taking any further action to attempt to evict Plaintiff Millie Esposito from the subject property.

DATED:  June 22, 2012

                                              PHILIP M. PRO
                                              United States District Judge