Marni Rubin-Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Telephone: (702) 667-3000
Fax: (702) 697-2020
Email: Marni.Watkins@fnf.com
Attorneys for Federal Home Loan
Mortgage Corporation

UNITED STATES DISTRICT

DISTRICT OF NEVADA

| | |
|---|---|
| MILLIE ESPOSITO, an individual<br><br>Plaintiff,<br>vs.<br><br>MARIE HEILBERG, an individual, PATRICIA ANN BASCOM, an individual, LAWYERS TITLE OF NEVADA, INC., a Nevada corporation, PAULA L. DIFULVIO, an individual, NATIONAL ALLIANCE TITLE COMPANY, a Nevada corporation, TAYLOR, BEAN AND WHITAKER, a Nevada corporation, SUNTRUST MORTGAGE, INC., a Nevada corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a governmental or business entity, from unknown, DOE individuals I-X, inclusive; ROE business entities XI-XX, inclusive,<br><br>Defendants.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a governmental or business entity<br><br>Cross Claimant,<br>vs.<br><br>MARIE HEILBERG, an individual, TAYLOR, BEAN AND WHITAKER, a Nevada corporation, DOE individuals I-X, inclusive; ROE business entities XI-XX, inclusive,<br><br>Cross-Defendants. | Case No. 2:11-cv-00958-PMO-RJJ<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST CROSS DEFENDANT MARIE HEILBERG** |

Cross Claimant, FEDERAL HOME LOAN MORTGAGE CORPORATION moves the above-entitled Court to enter Default Judgment in favor of Cross Claimant and against Cross

Defendant MARIE HEILBERG for Implied/Equitable Indemnity and Contribution in regards to the real property located at 817 Yacht Harbor Drive, Las Vegas, Nevada 89145 (the "Property").

This Application is made on the ground that a Default has been entered against MARIE HEILBERG for failure to answer or otherwise defend as to the Complaint on behalf of Cross Claimant and that said Cross Defendant is not in the military service of the United States nor an infant or incompetent person. A proposed Default Judgment is attached hereto **Exhibit 1**.

DATED this 1st day of May, 2013        FIDELITY NATIONAL LAW GROUP

_____
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
2450 St. Rose Parkway, Ste. 150
Henderson, Nevada 89074
Attorneys for Federal Home Loan Mortgage Corporation

**AFFIDAVIT OF MARNI RUBIN WATKINS, ESQ.
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

I, MARNI RUBIN WATKINS, ESQ., do hereby swear under penalty of perjury that the following assertions are true to the best of my knowledge and belief and as provided to me by my client:

1. Affiant is the attorney for Cross Claimant in the above-entitled action and has made careful investigation in the case, and has been informed and believes that Cross Defendant MARIE HEILBERG is not in the military service of the United States nor is an infant or incompetent person.

2. Cross Defendant MARIE HEILBERG was personally served with the Cross Claim on November 12, 2011 as evidenced by the Executed Summons, attached hereto as **Exhibit 2**. More than 20 days have elapsed since said service and the Cross Defendant has not answered, or

otherwise responded and no extension has been granted.

3. Cross Defendant MARIE HEILBERG was served with the Default via United States Mail on February 4, 2013 as evidenced by the Notice of Default filed on February 4, 2013, attached hereto as **Exhibit 3**.

4. As of today's date, Plaintiff has incurred reasonable attorney's fees in the amount of $17,675.00, as evidenced by the invoice attached hereto as **Exhibit 4**, with costs in the amount of $1,346.15 as evidenced by the Proposed Bill of Costs attached hereto as **Exhibit 5**. These fees include the following services: Review of documents provided by client; research; preparation of documents for recording and filing with the Court, filing fees, recording fees, and service fees. These services were all necessary for the prosecution of this action and are believed by Affiant to be reasonable. Plaintiff seeks attorneys' fees pursuant to NRS 108.237(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 1st day of May, 2013.

_____
MARNI RUBIN WATKINS, ESQ.

SUBSCRIBED AND SWORN to before Me this 1st day of May, 2013.

_____
NOTARY PUBLIC



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
SHALEEN SHAFFER
Appt. No. 06-105469-1
My Appt. Expires Feb. 11, 2014

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2013

Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST CROSS DEFENDANT MARIE HEILBERG** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

Marie Heilberg
1880 E. Warm Springs Rd., Ste. 130
Las Vegas, Nevada 89119

DATED: 5/2/13

Jennifer MacDonald
An employee of Fidelity National Law Group