1    Marni Rubin-Watkins, Esq.
     Nevada Bar No. 9674
2    FIDELITY NATIONAL LAW GROUP
     2450 St. Rose Pkwy., Ste. 150
3    Henderson, Nevada 89074
     Telephone:  (702) 667-3000
4    Fax: (702) 697-2020
     Email: Marni.Watkins@fnf.com
5    Attorneys for Federal Home Loan
     Mortgage Corporation

6

7

8                 **UNITED STATES DISTRICT**

9                   **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  MILLIE ESPOSITO, an individual | Case No. 2:11-cv-00958-PMO-RJJ |
| 11          Plaintiff, | |
| 12     vs. | |
| 13  MARIE HEILBERG, an individual, PATRICIA ANN<br>BASCOM, an individual, LAWYERS TITLE OF<br>NEVADA, INC., a Nevada corporation, PAULA L. | **DEFAULT JUDGMENT AGAINST**<br>**CROSS DEFENDANT MARIE**<br>**HEILBERG** |
| 14  DIFULVIO, an individual, NATIONAL ALLIANCE<br>TITLE COMPANY, a Nevada corporation, | |
| 15  TAYLOR, BEAN AND WHITAKER, a Nevada<br>corporation, SUNTRUST MORTGAGE, INC., a | |
| 16  Nevada corporation, FEDERAL HOME LOAN<br>MORTGAGE CORPORATION, a governmental or | |
| 17  business entity, from unknown, DOE individuals I-X,<br>inclusive; ROE business entities XI-XX, inclusive, | |
| 18 | |
| 19           Defendants. | |
| 20  FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, a governmental or business entity | |
| 21          Cross Claimant, | |
| 22     vs. | |
| 23  MARIE HEILBERG, an individual, TAYLOR,<br>BEAN AND WHITAKER, a Nevada corporation, | |
| 24  DOE individuals I-X, inclusive; ROE business<br>entities XI-XX, inclusive, | |
| 25          Cross-Defendants. | |
| 26 | |

27       Cross Claimant FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLMC"),

28    filed a Cross Claim seeking Implied/Equitable Indemnity and Contribution in regards to real

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 4

property located at 817 Yacht Harbor Drive, Las Vegas, Nevada 89145 (the "Property").

The Clerk of the Court entered default as to Cross Defendant MARIE HEILBERG ("Heilberg") for failure to contest or otherwise respond to the complaint filed against her in this matter.  Therefore it is hereby ORDERED that FHLMC is granted judgment against Heilberg.  It is further ORDERED, ADJUDGED, and DECREED as follows:

### FINDINGS

1.      This Court has jurisdiction over the subject matter of this case and over the persons of the Cross Defendant.

2.      Venue as to the Cross Defendant in the United States District Court, District of Nevada is proper.

3.      FHLMC has authority to seek the relief it has requested

4.      The Cross Claim states a claim upon which relief may be granted against Cross Defendant Heilberg.

5.      Heilberg was served with the Summons and Cross Claim pursuant to Federal Rule of Civil Procedure 4.

6.      Heilberg has failed to make an appearance.

7.      On February 4, 2013, the Clerk of Court entered default against Heilberg. Heilberg was served with the entry of default and has not contested the entry as provided for in Federal Rule of Civil Procedure 55(c).

8.      In or about December 1993, Millie Esposito ("Esposito") and her spouse Carmen Esposito purchased the Property.

9.      On May 14, 2007, Carmen Esposito passed away and in or about June 2007, Esposito's daughter, Heilberg moved into the Property to assist Esposito

10.     In or about August 2007, Heilberg, using the Property as collateral, obtained a fraudulent loan in the amount of $100,000 from SunTrust Mortgage, Inc. ("SunTrust Mortgage Loan").

11.     In or about February 2008, Heilberg, again using the Property as collateral, obtained a loan in the amount of $159,500.00 from Taylor Bean & Whitaker ("TB&W Loan").

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 2 of 4

1  The TB&W Loan paid off the SunTrust Mortgage Loan and was secured by a Deed of Trust on
2  the Property.  Heilberg made some payments on the TB&W Loan but eventually she ceased
3  paying the TB&W Loan and the Property was foreclosed upon.  FHLMC purchased the Property
4  at the foreclosure sale.

5      12.    On June 22, 2012, the Court declared the two forged Deeds of Trusts in regards to
6  the SunTrust Mortgage Loan and TB&W Loan were void ab initio.

7      13.    On January 11, 2013, FHLMC entered into an agreement with Esposito, whereby
8  FHLMC would purchase the property for $90,000.00 and Esposito would vacate the premises of
9  the Property within 90 days.

10  **ORDER**

11  **IT IS THEREFORE ORDERED** that a judgment of indemnity be entered whereby
12  Cross Defendant Heilberg is required to indemnify and pay to FHLMC the total amount of
13  damages suffered by FHLMC as a result of Plaintiff's Complaint in the amount of $90,000.00.

14  **IT IS FURTHER ORDERED** that a judgment of indemnity be entered whereby
15  Cross Defendant Heilberg is required to indemnify and pay to FHLMC its attorneys' fees,
16  expenses and costs of suit incurred in defending against the Plaintiff's Complaint in the amount
17  of $19,021.15.

18  ////
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

Page 3 of 4

1       **IT IS FURTHER ORDERED** that Cross Defendant Heilberg is responsible for any

2 and all attorneys' fees, expenses, costs and discovery expenses heretofore incurred and hereafter

3 incurred by FHLMC in its defense of Plaintiff's Complaint.

4       **IT IS SO ORDERED**, this 3rd  day of September, 2013.

5

6

7                        _____

                          UNITED STATES DISTRICT JUDGE

8

9 Submitted by:

10 FIDELITY NATIONAL LAW GROUP

11

   _/s/ Marni Rubin-Watkins, Esq._

12 Nevada Bar No. 9674

FIDELITY NATIONAL LAW GROUP

13 2450 St. Rose Pkwy., Ste 150

Henderson, Nevada 89074

14 Attorneys for Federal Home Loan

Mortgage Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Fidelity National**
**Law Group**
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000