UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MILLIE ESPOSITO,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Defendant.<br>_____<br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>MARIE HEILBERG and TAYLOR, BEAN AND WHITAKER,<br><br>    Third Party Defendants. | 2:11-CV-00958-PMP-RJJ<br><br>ORDER |

IT IS ORDERED that counsel for the parties shall appear on Thursday, November 21st, 2013 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a status hearing.

DATED: November 13, 2013

_____
PHILIP M. PRO
United States District Judge