1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MILLIE ESPOSITO, an individual,

        Plaintiff,

    vs.

MARIE HEILBERG, an individual,
PATRICIA ANN BASCOM, an individual,
LAWYERS TITLE OF NEVADA, INC., a
Nevada corporation, PAULA L. DIFULVIO,
an individual, NATIONAL ALLIANCE
TITLE COMPANY, a Nevada corporation,
TAYLOR, BEAN AND WHITAKER, a
Nevada corporation,  SUNTRUST
MORTGAGE, INC., a Nevada corporation,
FEDERAL HOME LOAN
MORTGAGE CORPORATION, a
governmental or business entity, from
unknown, SILVER STATE TITLE, LTD.,
a Nevada corporation, DREAM HOUSE
FINANCIAL, a business entity form
unknown; MIGUEL J. MENDIOLA, an
individual  DOE individuals I-X, inclusive;
ROE business entitles XI-XX, inclusive,

        Defendants.

CASE NO.    :   2:11-cv-00958-PMP-CWH

DEFAULT JUDGMENT AGAINST
PATRICIA ANN BASCOM

      Defendant, Patricia Ann Bascom, ("Bascom") having failed to plead or otherwise defend

this action, and default having heretofore been entered on November 9, 2011 upon application of

Plaintiff as set forth in the attached affidavit establishing that Bascom is indebt to Plaintiff in

1   the principal sum of $42,689.49 plus interest thereon; the Defendant had been defaulted for

2   failure to appear pursuant to Rule 55(a) of the federal Rules of Civil Procedure and the claim of

3   the Plaintiff is for a sum certain, or for a sum which can by computation be made certain.

4       The Clerk of the Court entered default against Bascom for failure to contest or otherwise

5   respond to the complaint filed against her in this matter. Therefore it is hereby ORDERED that

6   Millie Esposito is granted judgment against Bascom.  It is further ORDERED, ADJUDGED, and

7   DECREED as follows:

8   **FINDIINGS**

9       1.    This Court has jurisdiction over the subject matter of this case and over the

10  persons of the Defendant.

11      2.    Venue as to Defendant in the United States District Court, District of Nevada is

12  proper.

13      3.    Millie Esposito has authority to seek the relief it has requested.

14      4.    Bascom was served via publication on August 19, 2011, August 26, 2011,

15  September 2, 2011, September 9, 2011 and September 16, 2011.

16      5.    Bascom has failed to answer and/or make an appearance within the above

17  captioned case.

18      6.    On November 9, 2011, the Clerk of the Court entered default against Bascom.

19  Bascom was served with the entry of default and has not contested the entry as provided for in

20  Federal Rule of Civil Procedure 55(c).

21      7.    In or about December 1993, Millie Esposito ("Esposito") and her spouse Carmen

22  Esposito purchased the real property located at 817 Yacht Harbor Drive, Las Vegas, Nevada

23  89145 ("Property").

24      8.    On May 14, 2007, Carmen Esposito passed away and in or about June 2007,

25  Esposito's daughter, Marie Heilberg ("Heilberg") moved into the Property to assist Esposito.

26      9.    January 28, 2008 and August 24, 2007, Bascom notarized Millie Esposito's

27  forged signature by Heilberg refinancing the Property.

28  ///

2

10.     On June 22, 2012 the Court declared the two forged Deeds of Trust in regards to the SunTrust Mortgage Loan and Taylor Bean & Whitaker Loan were void ad initio.

11.     On January 11, 2013, Plaintiff entered into an agreement with Federal Home Loan Mortgage Corporation ("FHLMC"), whereby FHLMC would purchase the property for $90,000.00 and Plaintiff would vacate the premises of the Property within 90 days.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff, Millie Esposito, recover of the Defendant, Patricia Ann Bascom, the sum of $42,689.49, plus cost and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  January 24, 2014

Philip M. Pro
United States District Judge

3

### AFFIDAVIT OF ELIZABETH S. ASHLEY, ESQ.
### IN SUPPORT OF DEFAULT JUDGMENT AGAINST PATRICIA ANN BASCOM

STATE OF NEVADA       )
                          ) ss.
COUNTY OF CLARK      )

I, Elizabeth S. Ashley, Esq., do hereby swear under penalty of perjury that the following assertions are true to the best of my knowledge and belief:

1.      Affidant is the attorney of record for the Plaintiff in the matter entitled Millie Esposito v. Marie Heilberg, et. al., barring case number 2:11-cv-00958-PMP-CWH.

2.      The mortgage on the Property located at 817 Yacht Harbor Drive, Las Vegas, Nevada 89145, barring Clark County Assessor's parcel number 138-33-718-022 was a result of a fraudulent financing of the Property in the amount of approximately $159,500.00 obtained through Taylor Bean & Whitaker.

3.      Attached hereto as EXHIBIT A please find a true and correct copy of the summons on Patricia Ann Bascom filed on September 29, 2011.

4.      Attached hereto as EXHIBIT B please find a true and correct copy of the affidavit of due diligence for Patricia Ann Bascom filed on July 7, 2011.

5.      Thus the Plaintiff seeks a Default Judgment against Patricia Anna Bascom in the amount of attorney's fees and cost of $42,689.49, plus cost and interest according to law from the date of the judgment until the entire amount is paid, attached hereto as EXHIBIT C please find a true and correct copy of the default.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 23rd day of January, 2014.

_____
Elizabeth S. Ashley, Esq.

SUBSCRIBED AND SWORN to before
Me this 23 day of January, 2014.

_____
NOTARY PUBLIC

SHARRI-ANN ASHLEY VITAL
Notary Public State of Nevada
No. 05-98633-1
My appt. exp. May 15, 2017

4

Exhibit A

**SUMM**
Elizabeth S. Ashley, Esq.
Nevada Bar No. 7501
ASHLEY LAW GROUP
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
(702) 837-6605
Attorney for Plaintiff
Millie Esposito

Electronically Filed
09/29/2011 10:26:00 AM

*[signature]*

CLERK OF THE COURT

DISTRICT COURT
CLARK COUNTY, NEVADA

MILLIE ESPOSITO, an individual,

    Plaintiff,

    vs.

MARIE HEILBERG, an individual,
PATRICIA ANN BASCOM, an individual,
LAWYERS TITLE OF NEVADA, INC., a
Nevada corporation, PAULA L. DIFULVIO,
an individual, NATIONAL ALLIANCE
TITLE COMPANY, a Nevada Corporation,
TAYLOR, BEAN AND WHITAKER, a
Nevada Corporation, SUNTRUST
MORTGAGE, INC., a Nevada Corporation,
FEDERAL HOME LOAN
MORTGAGE CORPORATION, a
governmental or business entity, from
unknown, DOE individuals I-X, inclusive;
ROE business entitles XI-XX, inclusive,

    Defendants.

CASE NO.  : A-11-638592-C

DEPT. NO.  : XX VIII

**SUMMONS ON PATRICIA
ANN BASCOM**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
READ THE INFORMATION BELOW.**

**TO DEFENDANT:   PATRICIA ANN BASCOM**

    A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the

Complaint.

    1.   If you intend to defend this lawsuit, within 20 days after this Summons is served

on you, exclusive of the day of service, you must do the following:

*ASHLEY LAW GROUP
1880 EAST WARM SPRINGS ROAD, SUITE 130
LAS VEGAS, NEVADA 89119
(702) 837-6605*

     a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of this Court, with the appropriate filing fee.

     b.    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the Plaintiff, and this Court may enter a Judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of any attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Compliant.

Issued at the direction of:

By: _____
Elizabeth S. Ashley, Esq.
Nevada Bar No. 7501
ASHLEY LAW GROUP
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone: (702) 837-6605
Attorney for Plaintiff
Mille Esposito

CLERK OF COURT

APR 0 6 2011

By: _____   _____
TERRI STRINGER        Date
Deputy Clerk
Regional Justice Center
200 Lewis Ave.
Las Vegas, Nevada 89155

2

Exhibit B

Electronically Filed
07/07/2011 09:59:50 AM
07/07/2011 09:59:50 AM

CLERK OF THE COURT

1  AFFT
Elizabeth S. Ashley, Esq.
2  Nevada Bar No. 7501
ASHLEY LAW GROUP
3  1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
4  (702) 837-6605
Attorney for Plaintiff
5  Millie Esposito
6

7                            DISTRICT COURT
                          CLARK COUNTY, NEVADA
8
MILLIE ESPOSITO, an individual,          ) CASE NO. A-11-638592-C
9                                        ) DEPT. NO. XXVIII
              Plaintiff,                 )
10                                       )
vs.                                      )
11                                       )
MARIE HEILBERG, an individual; et al.,   )
12                                       )
              Defendants.                )
13                                       )

14    AFFIDAVIT OF DUE DILIGENCE RE:  PATRICIA ANN BASCOM, AN INDIVIDUAL
15
State of Nevada           )
16                        ) ss.
County of Clark           )
17

18        Dillon Gulk and Jillian L. Tate, first being duly sworn depose and say:

19        1.      That affiants are and were at all times mentioned herein citizens of the United

20  States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve

    civil process under Nevada license number 389.

21        2.      That affiants received the within Summons And Complaint on April 21, 2011.

22        3.      That affiant, Dillon Gulk, attempted to personally serve a copy of said documents on

23  the Defendant, Patricia Ann Bascom, an individual at 8922 Galena Crossing St., Las Vegas, Nevada

24  89123 on April 21, 2011 at 6:02 p.m., and found the property to be visibly vacant. Affiant observed

    a sign posted by Cyprexx, telephone number 1-877-339-8203. Affiant also observed the water and

25  power still on and a lock box on the gas meter.

26        4.      That affiant, Jillian L. Tate, sent a postal order to the United States Post Office for

27  the forwarding address of 8922 Galena Crossing St., Las Vegas, Nevada 89123 and received the

28  postal order back stating "NOT KNOWN AT ADDRESS GIVEN".

          5.      That affiant, Jillian L. Tate, checked with Locate Plus, which revealed a record for

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-1-

LEGAL WINGS, INC.
PROCESS LICENSE #339
LAS VEGAS, NV
(702)384-0305

1 Patricia Ann Bascom at 8922 Galena Crossing, Las Vegas, Nevada 89123, from October, 2005 –
2 January, 2011.

3      6.     That affiant, Jillian L. Tate, checked with the Clark County Assessor's Office,
4 which revealed a record for Patricia Ann Bascom owning 8922 Galena Crossing St., Las Vegas,
Nevada 89123, since November 26, 2007.

5      7.     That affiant, Jillian L. Tate, checked with the Nevada Department of Motor
6 Vehicles, which revealed a record for Patricia Ann Bascom at 8922 Galena Crossing St., Las Vegas,
7 Nevada 89123, with a valid class "C" driver's license number 1700936162, with an expiration date
8 of March 2, 2012. It further revealed a date of birth of March 2, 1973, a physical description being
9 5'6", 150 lbs., with black hair, brown eyes and a last transaction date of March 1, 2008.

10      8.     That affiant, Jillian L. Tate, checked with the Clark County Voter Registrar's
11 Office, which revealed a record for Patricia Ann Bascom at 2450 Avenida Cataluna, Henderson,
Nevada 89074, with an active status.

12      9.     That affiant, Jillian L. Tate, checked with whitepages.com, which revealed a record
13 for Patricia A. Bascom at 2450 Avenida Cataluna, Henderson, Nevada 89074, 702-269-8050. Affiant
14 called the contact number and left a message.

15      10.    That affiant, Dillon Gulk, attempted service at 2450 Avenida Cataluna, Henderson,
16 Nevada 89074 on June 22, 2011 at 5:00 p.m., and received no answer. Affiant observed a BMW
with no license plates in the driveway and at that time left a business card.

17      11.    That affiant, Dillon Gulk, attempted service on June 23, 2011 at 12:35 p.m., and
18 received no answer. Affiant observed the BMW and business card still there.

19      12.    That affiant, Dillon Gulk, attempted service on June 24, 2011 at 6:05 p.m., and
20 spoke with Josh Thulocker, who stated that he rents the property and has never heard of the
Defendant. Affiant observed a Land Rover with California license plate number 2HGD331 in
21 driveway.

22      13.    That affiant, Jillian L. Tate, sent a postal order to the United States Post Office for
23 the forwarding address of 2450 Avenida Cataluna, Henderson, Nevada 89074 and received the
24 postal order back stating "NO CHANGE OF ADDRESS ORDER ON FILE".

•   *    *    *
25 •   *    *    *
26 •   *    *    *
27 •   *    *    *
28 •   *    *    *
•   *    *    *

14.    That affiants on the basis of the foregoing information were unable to personally locate and serve the Defendant, Patricia Ann Bascom, an individual, in Clark County, Nevada.

Further your affiants saith naught.



Dillon Gulk
Registered Work Card #R-048916

Subscribed and Sworn to Before me
this 6th day of July, 2011.

Jillian L. Tate
Registered Work Card #R-045957

Notary Public in and for said
County and State

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702) 384-0305

-3-

Exhibit C

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Millie Esposito,                            )
                                            )
                    Plaintiff(s),           )
        vs.                                 )      Case # __2:11-cv-00958-PMP-CWH__
                                            )
                                            )
                                            )      DEFAULT
Marie Heilerg, et al.,                      )
                                            )
                    Defendant(s).           )
                                            )

It appearing from the records in the above-entitled action that Summons issued on

the ____Original____ Complaint _____June 10, 2011_____
      (Original, Amended, etc)              (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it

appearing from the affidavit of counsel or Plaintiff and the records herein that each of

said Defendants has failed to plead or otherwise defend in said action as required by said

Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

each of the following Defendants ____Patricia Ann Bascom_____

_____

_____

in the above-entitled action is hereby entered.

DATED: _____November 9, 2011_____      LANCE S. WILSON, CLERK

                                                     By: /s/ Aaron Blazevich
                                                     _____
                                                     **Deputy Clerk**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _____ day of January, 2014, I served a copy of the foregoing DEFAULT JUDGMENT AGAINST PATRICIA ANN BASCOM to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail as follows:

Marni Rubin-Watkins, Esq.
Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Attorneys for Defendant
Federal Home Loan Mortgage Corporation

Patricia Anna Bascom
P.O. Box 750327
Las Vegas, Nevada 89136

_____
An Employee of the
**ASHLEY LAW GROUP**

5